

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed July 14, 2020**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ANDRE WILLIAMS | § | |
| TAMMY RENEE WILLIAMS | § | BANKRUPTCY NO: 20-40200-ELM |
| Debtor(s) | § | |

## AGREED ORDER ON TRUSTEE'S OBJECTION TO EXEMPTIONS

Came to be considered, *Trustee's Objection to Exemptions of Property* (the "Objection") [ECF No. 31] filed by BEHROOZ P. VIDA, the Chapter 7 Trustee ("Trustee") against ANDRE WILLIAMS and TAMMY RENEE WILLIAMS ("Debtors"). The parties announced that they had reached an agreement. The Court is of the opinion that the agreement reached by the parties should be approved.

**IT IS THEREFORE ORDERED** that Andre Williams shall have an allowed exemption claim in the amount of $7,000.00 pursuant to 11 U.S.C. § 522(d)(5) with respect to any recovery made for his benefit in the probate matter styled: *In the Estate of Eugene Williams, Deceased*,

Cause No. 2015-PR00329-1, pending in the Probate Court No. 1, Tarrant County, Texas (the "Estate of Eugene Williams").

**IT IS FURTHER ORDERED** that any recovery above and beyond $7,000.00 from the Estate of Eugene Williams shall be deemed property of the bankruptcy estate and non-exempt.

**IT IS FURTHER ORDERED** that Trustee's Objection with respect to Debtors' exemption claim on their business, Experience Restaurant and Performing Arts Center, LLC, has become moot due to the fact that on June 22, 2020, Experience Restaurant and Performing Arts Center, LLC, filed Chapter 7 bankruptcy, Case No., 20-42127, in the Northern District of Texas, Fort Worth Division.

###END OF ORDER###

/s/ Behrooz P. Vida_____
Behrooz P. Vida
State Bar No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988


  /s/ Richard Anderson_____
Marcus Leinart
State Bar No. 00794156
Richard Anderson
State Bar No. _____
Leinart Law Firm
10670 N. Central Express Way, Suite 320
Dallas, TX 75231
469.232.3328 Phone
214.221.1755 Fax

ATTORNEY FOR DEBTORS